United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2721

_____

Kendrick Lee Harris,               *
                                    *

         Appellant,         *
                                    * Appeal from the United States

    v.                        * District Court for the
                                    * Eastern District of Missouri.

Kelly Finan, Officer; St. Louis Police  *
Department; City of St. Louis,      *      [UNPUBLISHED]
                                    *

         Appellees.         *

_____

Submitted: March 20, 1998
Filed: March 24, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
    Judges.

_____

PER CURIAM.

      Kendrick Lee Harris appeals from the order of the District Court[1] dismissing without prejudice his 42 U.S.C. § 1983 (1994) suit for failing to comply with the court's show cause order and for failing to prosecute. After careful review of the record and the parties' submissions, we conclude that the District Court did not abuse

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

its discretion.  <u>See</u> <u>Schooley v. Kennedy</u>, 712 F.2d 372, 374 (8th Cir. 1983) (per curiam). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.